Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Farrand D. Clarke
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

~~Miami-Dade Police Dept~~, Mayor Carlos Jimenez, Chief Juan Perez
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

FILED BY _____ D.C.
JUL 02 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Farrand D. Clarke
   Address: 8000 N.W. 11th Avenue
   City: Miami   State: Fl.   Zip Code: 33150
   County: Dade
   Telephone Number: (786) 357-8540
   E-Mail Address: farrandclarke@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Carlos Jimenez
   Job or Title (if known): Mayor of Miami
   Address: 111 N.W. 1st Street Suite 25 floor
   City: Miami   State: Fl.   Zip Code: 33128
   County: Dade
   Telephone Number: Unknown
   E-Mail Address (if known): Unknown
   ☐ Individual capacity   ☐ Official capacity

   Defendant No. 2
   Name: Juan Perez
   Job or Title (if known): Chief of Police Miami-Dade County
   Address: 9105 N.W. 25th Street
   City: Miami   State: Fl.   Zip Code: 33172
   County: Dade
   Telephone Number: Unknown
   E-Mail Address (if known): Unknown
   ☐ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
  Name: Amend
  Job or Title *(if known)*
  Address
    City    State    Zip Code
  County
  Telephone Number
  E-Mail Address *(if known)*

  [ ] Individual capacity    [✓] Official capacity

Defendant No. 4
  Name: Amend
  Job or Title *(if known)*
  Address
    City    State    Zip Code
  County
  Telephone Number
  E-Mail Address *(if known)*

  [✓] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [ ] Federal officials (a *Bivens* claim)
   [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The defendants acted under the color of statute, regulations by not applying the law to my hit and run accident and enforcing the law upon the perpetrator, they discriminated against me based on race.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

In the County of Dade - Miami, Florida, the office of the Mayor and the Police Department of Miami-Dade County

B. What date and approximate time did the events giving rise to your claim(s) occur?

July 3rd, 2016, July 11th, 2018, and July 24, 2016
Amend other dates

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On July 3rd 2016, Plaintiff was the victim of a hit and run accident. Plaintiff called Police, latin officer came, refused to collect evidence, filed false police report, and allowed perpetrator to remain at large. Plaintiff had to retrieve body cam footage and prove he told officer at scene he was injured in order for the case to be moved up to priority. Plaintiff filed several complaints to internal affairs and spoke directly

to Juan Perez on or around July 24th, 2016. The Chief assured that had the above took place he would take action. No action was taken. On several occassions Before July 11th, 2018, Plaintiff filed complaints with Mayor Carlos Jimenez office. The Mayor's assists kept making false promises to assist, but rather directing Plaintiff's complaints back to Chief Juan Perez office. A representive of Chief Juan Perez would call Plaintiff's phone with indirect statements of be careful of the complaints you are filing.

Plaintiff's inquiry of the accident investigation was always the female abscond the Country to Honderas. ~~threasted~~
Plaintiff requested several exchange of information on the tag seported (TJS-046) Several different information was written in each report including reports provided by internal affairs. Plaintiff filed every complaint, attempted to resolve the matter through every forum necessary, to no avail. The Plaintiff as being the victim suffered injury to his neck and other pains. Plaintiff lost access to truck due to injuries and damage to truck. Plaintiff could not perform strenous duties 9 months following hit and run accident and the Mayor's Office and Chief of Police has shown total disregard to Plaintiff's Civil Rights by intentionally discriminating

Page Attached

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

### IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff received therapy for injuries to his neck and shoulder, also some parts of his back.

Plaintiff could not lift heavy objects, nor perform handyman duties for 9 months.

### V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Compensation for 9 months of pain and suffering.
Compensation for loss of transportation
Compensation for mental stress of being discriminated against
Compensation for intentional violatory acts

$300,000.00

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/2/2019

Signature of Plaintiff: F.D. Clark

Printed Name of Plaintiff: F.D. Clarke

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
  City: _____ State: _____ Zip Code: _____
Telephone Number: _____
E-mail Address: _____